IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> NEW PAGE CORPORATION, et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> _____ ) <br> PIRINATE CONSULTING GROUP, ) <br> LLC AS LITIGATION TRUSTEE OF ) <br> THE NP CREDITOR LITIGATION ) <br> TRUST, ) <br> ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> KADANT SOLUTIONS DIVISION, ) <br> ) <br> Appellee. ) | Chapter 11 <br> Bk. No. 11-12804 (KG) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civ. No. 16-955-SLR |

**O R D E R**

At Wilmington this 17th day of November, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1. Appellant's brief in support of the appeal is due on or before **December 20, 2016.**

    2. Appellee's brief in opposition to the appeal is due on or before **January 31, 2017.**

3. Appellant's reply brief is due on or before **February 14, 2017.**

_____
United States District Judge